IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| v. | 22-cr-124-wmc |
| ROBERT CARTER, | |
| Defendant. | |

_____

On May 10, 2023, the court held a telephonic status conference, at which the government reported how its Rule 16 disclosures have progressed so far, and defendant Robert Carter reported his progress in reviewing the government's disclosures with the assistance of a forensic company and an investigator. So fair, the government has provided about 45,000 redacted documents to Carter, with about 55,000 still being redacted and subject to disclosure. In light of the parties' reports,

IT IS ORDERED that:

(1) The government must complete its disclosure of its redacted Rule 16 materials not later than August 2, 2023.

(2) The court will hold a telephonic status and scheduling conference on August 9, 2023 at 9:00 a.m.

(3) At the government's request and pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) & (B)(ii), time has been excluded, and continues to be excluded from computation on the speedy trial clock from Carter's first appearance in this case on October 20, 2022 through jury selection and trial, which we are not even able to schedule yet due to the extraordinarily high volume of discovery, the government's legitimate need to redact sensitive information from its documents, the complexity of the evidence and the charges, and Carter's choice to defend himself pro se.

Entered this 10th of May, 2023.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge